(No. 5785 

HOWARD C. MEDLEY, d/b/a MEDLEY MOVERS AND VAN LINES, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed November 14, 1972.*

EDWARD A. WILLIAMS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.